UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ,

    Plaintiff,

-against-

AMERICAN MINT LLC,

    Defendant.

21-CV-2015 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery conference, it is hereby ORDERED that:

Plaintiff shall promptly, but no later than **July 16, 2021**, supplement its initial disclosures with (1) plaintiff's IP address(es) and (2) screenshots depicting "Plaintiff's browser history," including the history of all visits to defendant's website during or prior to March 2021. All relief not expressly granted herein is DENIED.

Dated: New York, New York
      July 14, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**